*GJ Ruben*
*Oct 83*

# RECOMMENDATIONS OF THE COMMITTEE AND SUMMARY OF RATE SURVEYS

(Including an Analysis of Average Fees in the Cincinnati Area)

**Committee**

Lawrence A. Kane, Jr.
L. Clifford Craig
Paul A. Nemann
Frederick Brockmeier, IV
William R. Hardy
Louis J. Schneider, Jr.
Randall J. Newsome
John J. Getgey, Jr.

**Writing Group**

Teresa A. Wallace
Jane A. McTaggart
Andrea Dailey
Andrew R. Berger
Randall J. Newsome

Considering the data from both the Altman & Weil survey and the Cantor survey, some general conclusions can be drawn regarding average hourly fees in the metropolitan Cincinnati area for paralegals, law clerks, associates and partners.

Within the general region in which Cincinnati is located (Midwest or East Central), the average paralegal billing rate is $31.50, while that of law clerks is $19.00 (only reported in Altman & Weil survey). The hourly rates for associates are $55.00 with less than two years of experience, $63.00 for associates with two to four years of legal experience and $73.00 for senior associates, with four to five years of experience. The hourly rates for younger partners start at $84.00 (six to ten years' legal experience), with the average rate for intermediate partners (11 to 20 years of experience) being $96.00 per hour, and the average rate for senior partners (21 or more years experience) being $107.50 per hour.

In the category of size of metropolitan area, Cincinnati is classified as "Over 1 Million" in the Altman & Weil survey and "One Million to Two Million" in the Cantor survey. The average hourly billing rate for paralegals in cities the size of Cincinnati is $39.00, while that of law clerks is $26.00 (only reported in Altman & Weil survey). Associates with less than two years of experience have an average hourly rate of $51.00 in this category. Associates with two to three years of experience have

-13-

39


an average of $82.50, while senior associates (four to five years of legal experience) have an average hourly billing rate of $92.50. Partners in a city the size of Cincinnati have average hourly billing rates ranging from $97.00 for younger partners (six to ten years of legal experience), $116.00 per hour for intermediate partners (11 to 20 years of experience), to $133.50 for senior partners (21 or more years of legal experience).

The blended average rates for 1983 for both the Midwest/East Central Region and a city with a population equal to that of Cincinnati are as follows:

    Paralegals —                $37.91
    Law Clerks —                $23.96
    Young Associates —          $61.77
    Intermediate Associates —   $71.62
    Senior Associates —         $82.81
    Young Partners —            $96.39
    Intermediate Partners —     $113.43
    Senior Partners —           $129.34

These figures may be considered average figures for 1983 for a city of the size of Cincinnati in the Midwest/East Central Region of the country, irrespective of firm size.[1]

---

[1] The 1983 figures were computed by applying the 6.51% increase from July, 1982 to July, 1983 in the Consumer Price Index for all consumers in the Cincinnati metropolitan area to the 1982 blended average rates from the Altman & Weil and Cantor surveys.