IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER KAPPLER, | : | |
| Plaintiff, | : | Civil Action No. C-1-01-630 |
| vs. | : | Judge Spiegel |
| GIVAUDAN FLAVORS CO. | : | **ORDER** |
| Defendant. | : | |

WHEREAS Plaintiff by and through her counsel has submitted a Fee Application for fees and costs incurred in connection with prosecuting this matter and that Fee Application having been duly reviewed by this Court,

IT IS HEREBY ORDERED that the Defendant make payment consistent with the fees and costs presented in the fee application filed on behalf of Plaintiff.

Judge Arthur Spiegel

Prepared by:

Robin E. Harvey, Esq.
Baker & Hostetler LLP
312 Walnut Street
Suite 3200
Cincinnati, OH 45202
Tel:    (513) 929-3400
Fax:   (513) 929-0303
E-mail: rharvey@bakerlaw.com