UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER KAPPLER** | : | Case No.  1:01cv630 |
| **Plaintiff** | : | Judge Speigel |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION** |
| **GIVAUDAN FLAVORS CORP.** | : | **FOR EXTENSION OF TIME** |
| | : | **TO CONSUMMATE** |
| **Defendant** | : | <u>**SETTLEMENT**</u> |

Now comes Plaintiff, and for the reasons set forth in the attached memorandum, requests an extension of thirty days to consummate the settlement of this case.

Respectfully submitted,

s/ David Torchia
David Torchia - 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863
Attorney for Plaintiff
davet@tktlaw.com

## **MEMORANDUM**

On September 10, 2003, the Court entered an order of dismissal allowing the parties 60 days to consummate the settlement. Plaintiff has been seeking information and advice from financial experts regarding the proceeds of the settlement. She is still in the process of deciding the best course of action and needs additional time to make her decision.

Accordingly, Plaintiff requests that the time for reopening this case be extended by 30 days.

Respectfully submitted,

s/ David Torchia
David Torchia - 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 Fax
Attorney for Plaintiff
davet@tktlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically and sent by regular U.S. Mail to Jeffery L. VanWay, Esq., Baker & Hostetler, LLP, 312 Walnut Street, Suite 2650, Cincinnati, Ohio 45202 this 7th day of November, 2003.

s/ David Torchia
David Torchia -- 0015962