UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER KAPPLER** | : | Case No.   1:01cv630 |
| | : | |
| Plaintiff | : | Judge Speigel |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S SECOND MOTION** |
| **GIVAUDAN FLAVORS CORP.** | : | **FOR EXTENSION OF TIME** |
| | : | **TO CONSUMMATE** |
| Defendant | : | <u>**SETTLEMENT**</u> |

Now comes Plaintiff, and for the reasons set forth in the attached memorandum, requests an additional extension of time until December 31, 2003 to consummate the settlement of this case.

Respectfully submitted,

s/ David Torchia
David Torchia - 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863
Attorney for Plaintiff
davet@tktlaw.com

## **MEMORANDUM**

Pursuant to the Court's order of November 12, 2003, Plaintiff was granted an extension of time of 30 days to consummate the settlement of this case. The reason for Plaintiff's initial motion was her need to consult with various experts regarding the proceeds of the settlement. Plaintiff has now done so and has the information she needs to close this matter. The parties are in the process of completing the settlement documents and it is anticipated that settlement will be fully consummated by December 31, 2003.

In light of the foregoing, Plaintiff requests that the time to consummate the settlement be extended until December 31, 2003.

Respectfully submitted,

s/ David Torchia
David Torchia - 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 Fax
Attorney for Plaintiff
davet@tktlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically and sent by regular U.S. Mail to Jeffery L. VanWay, Esq., Baker & Hostetler, LLP, 312 Walnut Street, Suite 2650, Cincinnati, Ohio 45202 this 8th day of December, 2003.

s/ David Torchia
David Torchia -- 0015962