UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER KAPPLER** | : | Case No.  1:01cv630 |
| | : | |
| **Plaintiff** | : | Judge Speigel |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S THIRD MOTION** |
| **GIVAUDAN FLAVORS CORP.** | : | **FOR EXTENSION OF TIME** |
| | : | **TO CONSUMMATE** |
| **Defendant** | : | <u>**SETTLEMENT**</u> |

Now comes Plaintiff, and for the reasons set forth in the attached memorandum, requests an additional extension of time until February 2, 2004 to consummate the settlement of this case.

Respectfully submitted,

s/ David Torchia
David Torchia - 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863
Attorney for Plaintiff
davet@tktlaw.com

## **MEMORANDUM**

Plaintiff previously requested and was granted extensions of time until December 31, 2003 to consummate the settlement of this case. All settlement papers have been signed and the period for revocation has passed. However, all of the settlement proceeds will not be paid until February 1, 2004.

In light of the foregoing, Plaintiff requests that the time to consummate the settlement be extended until February 2, 2004.

> Respectfully submitted,
>
> s/ David Torchia
> David Torchia - 0015962
> Tobias, Kraus & Torchia
> 911 Mercantile Library Bldg.
> 414 Walnut Street
> Cincinnati, Ohio 45202
> (513) 241-8137
> (513) 241-7863 Fax
> Attorney for Plaintiff
> davet@tktlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically and sent by regular U.S. Mail to Jeffery L. VanWay, Esq., Baker & Hostetler, LLP, 312 Walnut Street, Suite 2650, Cincinnati, Ohio 45202 this 31st day of December, 2003.

> s/ David Torchia
> David Torchia -- 0015962