**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

```
Jennifer Kappler,                    :

        Plaintiff,                   :

                                     :
        v.
                                     :       Case No.: 1:01-cv-00630

Givauden Roure Flavors Corp.         :

        Defendant,                   :       NOTICE
```

The record of the above-captioned case show that this case has been terminated from the docket of Judge Spiegel. The record further indicates that there is currently depositions on file for this case. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be destroyed within 15 days of the date of this notice if arrangements are not made to retrieve them.

```
                        S. Arthur Spiegel
                        United States Senior District Judge


                    By: s/Kevin Moser
                        Kevin Moser
                        Case Manager
                        (513) 564-7623
```